UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:07-CR-148 |
| ) | (Phillips) |
| VINCENT VALENTINE ) | |

## MEMORANDUM AND ORDER

On February 29, 2008, the Honorable C. Clifford Shirley, United States Magistrate Judge, filed a 13-page Report and Recommendation (R&R) [Doc. 21] in which he recommended that defendant's motion to suppress evidence [Doc. 10] be denied.

There being no timely objection by defendant, *see* 28 U.S.C. § 636(b)(1), and the court being in complete agreement with the magistrate judge, the Report and Recommendation [Doc. 21] filed by Magistrate Judge Shirley is hereby **ACCEPTED IN WHOLE** whereby defendant's motion to suppress evidence [Doc. 10] is **DENIED.**

**ENTER:**

s/ Thomas W. Phillips
United States District Judge